PAUL K. SONN
JENNIFER SUNG
BRENNAN CENTER FOR JUSTICE
   AT NYU SCHOOL OF LAW
161 Avenue of the Americas, 12th floor
New York, NY 10013
Telephone: (212) 998-6328
Facsimile: (212) 995-4550

ANDREW J. KAHN #129776
DAVIS, COWELL & BOWE, LLP
595 Market St., 14th Fl.
San Francisco, California 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

Attorneys for *Amici*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODFIN SUITE HOTELS, LLC et al ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> vs. ) <br> ) <br> CITY OF EMERYVILLE, ) <br> ) <br> Defendant ) <br> _____ ) | CASE NO. C06 1254 <br><br> **[PROPOSED]** <br><br> **ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*** <br><br> DATE:   December 5, 2006 <br> TIME:    1:00 p.m. <br> Courtroom 3, Oakland <br> Hon. Saundra B. Armstrong |

East Bay Community Law Center, Legal Aid Society-Employment Law Center, Brennan Center for Justice of the New York University School of Law, and East Bay Alliance for a Sustainable Economy, moved for leave to file a brief *amici curiae* in support of the City's motion for summary judgment.

On proof made to the satisfaction of the Court that such leave ought to be granted,

1

---
**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE***
**CASE NO. C06 1254**

1     IT IS ORDERED that leave to file such brief is hereby GRANTED.

2 DATED: _____     _____
                                         JUDGE, UNITED STATES DISTRICT COURT

---
**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*
CASE NO. C06 1254**