IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODFIN SUITE HOTELS, LLC and PACIFIC HOTEL MANAGEMENT, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF EMERYVILLE,<br><br>    Defendant. | No. C 06-1254 SBA<br><br>**ORDER** |

Due to other matters on the Court's schedule, IT IS HEREBY ORDERED THAT the hearing on Defendant's Motion to Dismiss or for Judgment on the Pleadings and Motion for Summary Judgment or Partial Summary Judgment, and the Motion for Leave to File Brief Amici Curiae, currently set for December 5, 2006, is continued to **January 9, 2007 at 1:00 p.m.** The Court may, in its discretion, adjudicate the Motions without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

Dated: 11/6/06

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge