KEVIN D. SIEGEL (194787)
BENJAMIN D. WINIG (233090)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
1901 Harrison Street, 9th Floor
Oakland, CA  94612
Phone: 510.273.8780
Fax:    510.839.9104

MICHAEL G. BIDDLE (139223)
City Attorney
CAROL R. VICTOR (161728)
Assistant City Attorney
City of Emeryville
1333 Park Avenue
Emeryville, CA 94608
Phone: 510-596-4300
Fax: 510-658-8095

Attorneys for Defendant
City of Emeryville

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODFIN SUITE HOTELS, LLC; and PACIFIC HOTEL MANAGEMENT, LLC<br><br>           Plaintiffs,<br><br>      v.<br><br>CITY OF EMERYVILLE<br><br>           Defendant. | No. C06-1254 SBA<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME** |

Pursuant to the parties' stipulation, and good cause appearing, this Court hereby orders as follows:

1. The deadline for Plaintiffs to file their opposition to Defendant's combined Motion to Dismiss or for Judgment on the Pleadings, and Motion for Summary Judgment, or, in the alternative, Partial Summary Judgment (which is set for hearing on January 9, 2007) is December 20, 2006.

2. The deadline for Defendant to file its reply brief is December 27, 2006.

DATED: December __, 2006

DENIED

_____
Judge Armstrong

1

[Proposed] Order Re Stipulation Extend Time Case No. C 06-1254 SBA        977958v1 80006/0059