United States District Court
For the Northern District of California

1

2      IN THE UNITED STATES DISTRICT COURT

3      FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   WOODFIN SUITE HOTELS, LLC and          No. C 06-1254 SBA
    PACIFIC HOTEL MANAGEMENT, LLC,
6                                          **ORDER**
                  Plaintiffs,
7
        v.
8
    CITY OF EMERYVILLE,
9
                  Defendant.
                  _____/
10

11          Plaintiffs' Opposition to Defendant's Motion to Dismiss or for Judgment on the Pleadings and

12   Motion for Summary Judgment, filed December 19, 2006, indicates that Plaintiffs seek the Court's

13   permission to voluntarily dismiss this action without prejudice.

14          Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an

15   action before service of an answer or motion for summary judgment by the adverse party, or by

16   stipulation.  Plaintiffs state that Defendant has refused to so stipulate.  However, Rule 41(a)(2) states

17   that an action may be dismissed without prejudice by order of the court "upon such terms and conditions

18   as the court deems proper."  The decision whether to grant a voluntary dismissal under Rule 41(a)(2)

19   is within the sound discretion of this Court, and the Court must "consider whether the defendant will

20   suffer some plain legal prejudice as a result of the dismissal." *Hamilton v. Firestone Tire & Rubber Co.*,

21   679 F.2d 143, 145 (9th Cir. 1982).  The Court will consider whether significant discovery or pretrial

22   preparations have taken place; prejudice does not result "simply when defendant faces the prospect of

23   a second lawsuit or when plaintiff merely gains some tactical advantage." *Id.  See also Wiesen v.*

24   *Astrazeneca Pharmaceuticals, L.P. et al.*, 2006 WL 2529472 (N.D. Cal. Aug. 31, 2006).

25          The Court is inclined to grant Plaintiff's request for dismissal pursuant to Rule 41(a)(2).

26   However, Defendant is ordered to show cause why such a request should not be granted, based on the

27   standards articulated above.  Defendant shall submit a response to this order in lieu of its reply brief on

28   the Motion to Dismiss/Motion for Summary Judgment.  Accordingly, Defendant's response is due no

later than **December 26, 2006**.

IT IS SO ORDERED.


Dated: 12/20/06

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California